1  MICHAEL O. WARNECKE (IL. Bar No. 2942291)
      mwarnecke@perkinscoie.com
2  (Pro Hac Vice Application Pending)
3  DEBRA R. BERNARD (IL. Bar No. 6191217)
      dbernard@perkinscoie.com
4  (Pro Hac Vice Application Pending)
   **PERKINS COIE LLP**
5  131 S. Dearborn Street, Suite 1700
   Chicago, IL 60603-5559
6  Telephone: 312.324.8400
   Facsimile: 312.324.9400

7  JASON A. YURASEK (CA. Bar No. 202131)
      jyurasek@perkinscoie.com
8  **PERKINS COIE LLP**
9  Four Embarcadero Center, Suite 2400
   San Francisco, CA 94111-4131
10 Telephone: 415.344.3000
   Facsimile: 415.344.7050

Attorneys for Plaintiffs
CHOCOLADEFABRIKEN LINDT & SPRUNGLI AG and GHIRARDELLI CHOCOLATE COMPANY

THOMAS A. SMART
   tsmart@kayescholer.com
(Pro Hac Vice To Be Filed)
PAUL C. LLEWELLYN
   plewellyn@kayescholer.com
(Pro Hac Vice To Be Filed)
**KAYE SCHOLER LLP**
425 Park Avenue
New York, New York 10022
Telephone: (212) 836-8000
Facsimile:  (212) 836-8689

Attorneys For Defendants
THE HERSHEY COMPANY, a Delaware corporation, and HERSHEY CHOCOLATE & CONFECTIONARY CORPORATION, a Delaware corporation

ATON ARBISSER, (Bar No. 150496)
   aton@kayescholer.com
**KAYE SCHOLER LLP**
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 788-1000
Facsimile:  (310) 788-1200

Attorneys For Defendants
THE HERSHEY COMPANY, a Delaware corporation, and HERSHEY CHOCOLATE & CONFECTIONARY CORPORATION, a Delaware corporation

*E-FILED 1/12/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER
CASE NO.  CV-08-5354 RS

LEGAL15134609.2

| | |
|---|---|
| CHOCOLADEFABRIKEN LINDT & SPRUNGLI AG, a Swiss corporation, and GHIRARDELLI CHOCOLATE COMPANY, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THE HERSHEY COMPANY, a Delaware corporation, and HERSHEY CHOCOLATE & CONFECTIONARY CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. CV-08-5354 RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE SERVICE OF PROCESS AND EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT |

Plaintiffs CHOCOLADEFABRIKEN Lindt & Sprungli AG, and Ghirardelli Chocolate Company ("Plaintiffs") and Defendants The Hershey Company, and Hershey Chocolate & Confectionary Corporation ("Defendants"), by and through counsel, hereby stipulate as follows:

**WHEREAS**, Plaintiffs filed an initial Complaint in this action on November 26th, 2008;

**WHEREAS**, an order setting initial case management conference and ADR deadlines was filed on November 26th, 2008;

**WHEREAS**, the initial case management conference in this case was set for March 25th, 2009;

**WHEREAS**, Plaintiffs filed a First Amended Complaint in this action on December 8th, 2008;

**WHEREAS**, Defendants agreed to acknowledge receipt and accept service of the First Amended Complaint through their counsel listed above in exchange for Plaintiffs' agreeing to extend Defendants' time to answer or otherwise respond to Defendants' First Amended Complaint to and including January 30, 2009.

**NOW THEREFORE**, the parties through their undersigned counsel hereby stipulate as follows:

2

1 | Defendants acknowledge receipt and accept service of the First Amended Complaint through their counsel listed above, and Defendants shall answer or otherwise respond to the First Amended Complaint on or before January 30, 2009.

**IT IS SO STIPULATED:**

DATED: January 9, 2009            **PERKINS COIE LLP**

By: /s/
Jason A. Yurasek

Attorneys for Plaintiffs
CHOCOLADEFABRIKEN LINDT & SPRUNGLI AG and GHIRARDELLI CHOCOLATE COMPANY

DATED: January 9, 2009            **KAYE SCHOLER LLP**

By: /s/
Aton Arbisser

Attorneys for Defendants
THE HERSHEY COMPANY and HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 12, 2009

_____
Honorable Richard Seeborg
United States District Court Magistrate Judge

**ATTESTATION**

I hereby attest that express concurrence in the filing of this document has been obtained from the other signatory whose conformed signature appears on this efiled document.

DATED: January 9, 2009            **PERKINS COIE LLP**

By: /s/
Jason A. Yurasek

3

STIPULATION AND [~~PROPOSED~~] ORDER
CASE NO. CV-08-5354 RS