IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOCOLADEFABRIKEN LINDT & SPRUNGLI AG, et al., | No. C-08-5354 MMC |
| Plaintiffs, | **ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPY OF FIRST AMENDED COMPLAINT** |
| v. | |
| THE HERSHEY COMPANY, | |
| Defendant | |

On February 3, 2009, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS plaintiffs to submit, no later than February 20, 2009, a chambers copy of the First Amended Complaint, filed December 8, 2008.[1]

**IT IS SO ORDERED.**

Dated: February 9, 2009

MAXINE M. CHESNEY
United States District Judge

---

[1] The Court has been provided with a chambers copy of each document filed herein, with the exception of the First Amended Complaint.