```
 1  Michael O. Warnecke, IL Bar No. 2942291
    Mwarnecke@perkinscoie.com
 2  (Pro Hac Vice Application Pending)
    Debra R. Bernard, IL Bar No. 6191217
 3  Dbernard@perkinscoie.com
    (Pro Hac Vice Application Pending)
 4  PERKINS COIE LLP
    131 S. Dearborn Street, Suite 1700
 5  Chicago, IL  60603-5559
    Telephone: 312.324.8400
 6  Facsimile: 312.324.9400

 7  Jason A. Yurasek, CA Bar No. 202131
    Jyurasek@perkinscoie.com
 8  PERKINS COIE LLP
    Four Embarcadero Center, Suite 2400
 9  San Francisco, CA  94111-4131
    Telephone: 415.344.7021
10  Facsimile: 415.344.7221

11  Attorneys for Plaintiffs/Counterclaim-defendants
    CHOCOLADEFABRIKEN LINDT & SPRUNGLI
12  AG and GHIRARDELLI CHOCOLATE
    COMPANY
13
```

RECEIVED
FEB 23 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOCOLADEFABRIKEN LINDT & SPRUNGLI AG, a Swiss corporation, and GHIRARDELLI CHOCOLATE COMPANY, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THE HERSHEY COMPANY, a Delaware corporation, and HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION, a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. C-08-5354 MMC<br><br>[PROPOSED] ORDER GRANTING ADMISSION OF ATTORNEY *PRO HAC VICE* |

**[PROPOSED] ORDER GRANTING ADMISSION OF ATTORNEY *PRO HAC VICE*, CASE NO. C-08-5354**  -1-

Michael Warnecke, whose business address and telephone number is 131 South Dearborn Street, #1700, Chicago, Illinois 60603, (312) 324-8000 and who is an active member in good standing of the bar of the Illinois State Court having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing CHOCOLADEFABRIKEN LINDT & SPRUNGLI AG and GHIRARDELLI CHOCOLATE COMPANY.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and Conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 26, 2009

Hon. Maxine M. Chesney
United States District Court Judge