ATON ARBISSER, (Bar No. 150496)
aton@kayescholer.com
**KAYE SCHOLER LLP**
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

Attorneys For Defendants/
Counterclaim-Plaintiffs
THE HERSHEY COMPANY, HERSHEY
CHOCOLATE & CONFECTIONARY
CORPORATION

MICHAEL O. WARNECKE (IL. Bar No. 2942291)
mwarnecke@perkinscoie.com
(Pro Hac Vice Application Granted)
DEBRA R. BERNARD (IL. Bar No. 6191217)
dbernard@perkinscoie.com
(Pro Hac Vice Application Granted)
**PERKINS COIE LLP**
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Telephone: 312.324.8400
Facsimile: 312.324.9400

JASON A. YURASEK (CA. Bar No. 202131)
jyurasek@perkinscoie.com
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.3000
Facsimile: 415.344.7050

Attorneys for Plaintiffs
Counter-claim defendants
CHOCOLADEFABRIKEN LINDT &
SPRUNGLI AG and GHIRARDELLI
CHOCOLATE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOCOLADEFABRIKEN LINDT & SPRUNGLI AG, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE HERSHEY COMPANY, *et al.*,<br><br>Defendants.<br><br>THE HERSHEY COMPANY, *et al.*,<br><br>Counterclaim-plaintiffs,<br><br>v.<br><br>CHOCOLADEFABRIKEN LINDT & SPRUNGLI AG, *et al.*,<br><br>Counterclaim-defendants. | Case No. CV-08-5354 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO CONDUCT A MEDIATION PURSUANT TO ADR L.R. 6-5**<br><br>AND ORDER THEREON |

Plaintiffs and Counterclaim-defendants CHOCOLADEFABRIKEN Lindt & Sprungli AG, and Ghirardelli Chocolate Company ("Plaintiffs") and Defendants and Counterclaim-plaintiffs The Hershey Company, and Hershey Chocolate & Confectionary Corporation ("Defendants"), by and through counsel, hereby stipulate as follows:

**WHEREAS**, the parties have engaged in good-faith settlement discussions and have reached an agreement in principle to settle the disputes at issue in this matter, and are currently preparing a settlement agreement for execution;

**WHEREAS**, the deadline to complete mediation was set for June 25, 2009, however, because of the parties' impending settlement they informed Mediator Mark John LeHocky that a mediation was unnecessary;

**NOW THEREFORE**, pursuant to ADR L.R. 6-5, it is hereby stipulated and agreed by and between the parties, through their counsel of record, with good cause having been shown, the parties respectfully request that the Court extend the deadline by which the mediation shall be conducted to September 1, 2009.

**IT IS SO STIPULATED:**

DATED: July 6, 2009

**PERKINS COIE LLP**

By: /s/
 Jason A. Yurasek

Attorneys for Plaintiffs
CHOCOLADEFABRIKEN LINDT &
SPRUNGLI AG and GHIRARDELLI
CHOCOLATE COMPANY

DATED: July 6, 2009

**KAYE SCHOLER LLP**

By: /s/
 Aton Arbisser

Attorneys for Defendants
THE HERSHEY COMPANY and HERSHEY
CHOCOLATE & CONFECTIONERY
CORPORATION

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 7, 2009

_____
Honorable Maxine M. Chesney
United States District Court Judge

**ATTESTATION**

I hereby attest that express concurrence in the filing of this document has been obtained from the other signatory whose conformed signature appears on this efiled document.

DATED: July 6, 2009

**PERKINS COIE LLP**

By: /s/
_____
Jason A. Yurasek