1  ATON ARBISSER, (Bar No. 150496)
      aton@kayescholer.com
2  **KAYE SCHOLER LLP**
   1999 Avenue of the Stars, Suite 1700
3  Los Angeles, California 90067
   Telephone:  (310) 788-1000
4  Facsimile:   (310) 788-1200

5  Attorneys For Defendants/
   Counterclaim-Plaintiffs
6   THE HERSHEY COMPANY, HERSHEY
    CHOCOLATE & CONFECTIONARY
7   CORPORATION

8   MICHAEL O. WARNECKE (IL. Bar No.            JASON A. YURASEK (CA. Bar No.
    2942291)                                     202131)
9      mwarnecke@perkinscoie.com                    jyurasek@perkinscoie.com
    (Pro Hac Vice Application Granted)           **PERKINS COIE LLP**
10  DEBRA R. BERNARD (IL. Bar No. 6191217)       Four Embarcadero Center, Suite 2400
       dbernard@perkinscoie.com                  San Francisco, CA 94111-4131
11  (Pro Hac Vice Application Granted)           Telephone: 415.344.3000
    **PERKINS COIE LLP**                         Facsimile: 415.344.7050
12  131 S. Dearborn Street, Suite 1700
    Chicago, IL 60603-5559
13  Telephone: 312.324.8400
    Facsimile: 312.324.9400
14
    Attorneys for Plaintiffs
15  Counter-claim defendants
    CHOCOLADEFABRIKEN LINDT &
16  SPRUNGLI AG and GHIRARDELLI
    CHOCOLATE COMPANY
17

18                       UNITED STATES DISTRICT COURT

19                       NORTHERN DISTRICT OF CALIFORNIA

20  CHOCOLADEFABRIKEN LINDT &              Case No. CV-08-5354 MMC
    SPRUNGLI AG, *et al*.,
21
              Plaintiffs,                   ORDER APPROVING
22
       v.                                   **STIPULATION ~~AND [PROPOSED]~~
23                                          ~~ORDER~~ TO SUSPEND DEADLINES FOR
    THE HERSHEY COMPANY, *et al*.,          30 DAYS TO ALLOW COMPLETION OF
24                                          SETTLEMENT AGREEMENT**
              Defendants.
25  _____

26  THE HERSHEY COMPANY, *et al*.,

27            Counterclaim-plaintiffs,

28       v.

---

STIPULATION AND [PROPOSED] ORDER
CASE NO. CV-085354-MMC

CHOCOLADEFABRIKEN LINDT &
SPRUNGLI AG, *et al.*,

        Counterclaim-defendants.

Plaintiffs and Counterclaim-defendants CHOCOLADEFABRIKEN Lindt & Sprungli AG, and Ghirardelli Chocolate Company ("Plaintiffs") and Defendants and Counterclaim-plaintiffs The Hershey Company, and Hershey Chocolate & Confectionary Corporation ("Defendants"), by and through counsel, hereby stipulate as follows:

**WHEREAS**, the parties have reached an agreement in principle to settle the disputes at issue in this matter and are completing the documentation of that settlement;

**WHEREAS**, in order to focus on settlement, the parties have allowed various deadlines in the litigation to pass with the express understanding that those dates will be reset should a settlement not be finalized and consummated;

**WHEREAS**, September 1, 2009 is the present deadline for reporting on the results of mediation.

**NOW THEREFORE**, the parties hereby stipulate and agree, through their counsel of record and with good cause having been shown, and respectfully request that the Court

1. Vacate all deadlines in this case; and

2. If a settlement is not executed by October 1, 2009, the parties will endeavor to submit a joint and stipulated schedule for the case on or before October 15, 2009.

**IT IS SO STIPULATED:**

DATED: August 31, 2009

**PERKINS COIE LLP**

By: /s/
    Jason A. Yurasek

Attorneys for Plaintiffs
CHOCOLADEFABRIKEN LINDT &
SPRUNGLI AG and GHIRARDELLI
CHOCOLATE COMPANY

DATED: August 31, 2009   **KAYE SCHOLER LLP**

By: /s/ _____
Aton Arbisser

Attorneys for Defendants

THE HERSHEY COMPANY and HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION

### ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 2, 2009

*[signature]*
Honorable Maxine M. Chesney
United States District Court Judge

### ATTESTATION

I hereby attest that express concurrence in the filing of this document has been obtained from the other signatory whose conformed signature appears on this efiled document.

DATED: August 31, 2009   **PERKINS COIE LLP**

By: /s/ _____
Jason A. Yurasek