| | |
|---|---|
| 1 | ATON ARBISSER (State Bar No. 150496) |
|   |     aton@kayescholer.com |
| 2 | **KAYE SCHOLER LLP** |
|   | 1999 Avenue of the Stars, Suite 1700 |
| 3 | Los Angeles, California 90067 |
|   | Telephone: (310) 788-1000 |
| 4 | Facsimile: (310) 788-1200 |
| 5 | Attorneys For Defendants |
|   | Counterclaim Plaintiffs |
| 6 | THE HERSHEY COMPANY, HERSHEY |
|   | CHOCOLATE & CONFECTIONARY |
| 7 | CORPORATION |
| 8 | JASON A. YURASEK (CA. Bar No. 202131) |
|   |     jyurasek@perkinscoie.com |
| 9 | **PERKINS COIE LLP** |
|   | Four Embarcadero Center, Suite 2400 |
| 10 | San Francisco, CA 94111-4131 |
|   | Telephone: 415.344.3000 |
| 11 | Facsimile: 415.344.7050 |
| 12 | Attorneys for Plaintiffs |
|   | Counter-claim defendants |
| 13 | CHOCOLADEFABRIKEN LINDT & |
|   | SPRUNGLI AG and GHIRARDELLI |
| 14 | CHOCOLATE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHOCOLADEFABRIKEN LINDT & SPRUNGLI AG, *et al.*, | | Case No. CV-08-5354 MMC |
| Plaintiffs, | | |
| v. | | **STIPULATION AND [PROPOSED] AMENDED PRETRIAL PREPARATION ORDER** |
| THE HERSHEY COMPANY, *et al.*, | | |
| Defendants. | | |
| THE HERSHEY COMPANY, *et al.*, | | **The Honorable Judge Maxine M. Chesney** |
| Counterclaim-plaintiffs, | | |
| v. | | |
| CHOCOLADEFABRIKEN LINDT & SPRUNGLI AG, *et al.*, | | |
| Counterclaim-defendants. | | |

STIPULATION AND [PROPOSED] ORDER
CASE NO. CV-085354-MMC

Defendants-Counterclaim-Plaintiffs The Hershey Company and Hershey Chocolate & Confectionery Corporation (hereinafter collectively referred to as "Hershey") and Plaintiffs-Counterclaim-Defendants Chocoladefabriken Lindt & Sprungli AG and Ghirardelli Chocolate Company (hereinafter collectively referred to as "Lindt") hereby stipulate as follows:

**WHEREAS**, on September 2, 2009, the Court granted the parties' proposed order which suspended for thirty days all deadlines in the case as set forth in the Court's March 30, 2009 Pretrial Preparation Order, so that the parties could focus on settlement, and which further provided that the parties could submit a joint and stipulated case schedule on or before October 15, 2009;

**WHEREAS**, the parties are continuing to work towards a final settlement agreement but have not executed a settlement agreement.

**NOW THEREFORE**, the parties hereby stipulate and agree, through their counsel of record and with good cause having been shown, and respectfully request that the Court revise the dates set forth in the March 30, 2009 Pretrial Preparation Order as follows:

JURY TRIAL DATE: Monday, November 15, 2010 at 9:00 a.m., Courtroom 7, 19th floor.

NON-EXPERT DISCOVERY CUTOFF: April 12, 2010.

DESIGNATION OF EXPERTS:

    Plaintiff/Defendant: No later than March 1, 2010.
    Plaintiff/Defendant: Expert Reports no later than March 15, 2010.
    Plaintiff/Defendant: Rebuttal Expert Reports no later than May 10, 2010.

EXPERT DISCOVERY CUTOFF: June 10, 2010.

DISPOSITIVE MOTIONS shall be filed no later than July 30, 2010, and shall be noticed for hearing 35 days thereafter.

PRETRIAL CONFERENCE DATE: November 1, 2010 at 3:00 p.m.

MEET AND CONFER (Civil L.R. 16-10(b)(5)): Lead trial counsel shall meet and confer no later than September 24, 2010.

FURTHER STATUS CONFERENCE: Friday, September 10, 2010 at 10:30 a.m.

FURTHER STATUS CONFERENCE STATEMENT DUE: Friday, September 3, 2010.

**IT IS SO STIPULATED:**

DATED: October 15, 2009                **PERKINS COIE LLP**

By: /s/
Jason A. Yurasek

Attorneys for Plaintiffs
CHOCOLADEFABRIKEN LINDT & SPRUNGLI AG and GHIRARDELLI CHOCOLATE COMPANY

DATED: October 15, 2009                **KAYE SCHOLER LLP**

By: /s/
Aton Arbisser

Attorneys for Defendants
THE HERSHEY COMPANY and HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED, with the exception that the Pretrial Conference is set for Tuesday, November 2, 2009, at 3:00 p.m.

Dated: October 21, 2009

Honorable Maxine M. Chesney
United States District Court Judge

### ATTESTATION

I hereby attest that express concurrence in the filing of this document has been obtained from the other signatory whose conformed signature appears on this efiled document.

DATED: October 15, 2009                **PERKINS COIE LLP**

By: /s/
Jason A. Yurasek

64850-0002/LEGAL17145487.1

-3-

STIPULATION AND [PROPOSED] ORDER
CASE NO. CV-08-5354-MMC